IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                    Case No. 3:11 CR 103-1

                                    Plaintiff,               O R D E R

              -vs-                                           JUDGE JACK ZOUHARY

Stacy Sacks,

                                    Defendant.

        This criminal case was referred to United States Magistrate Judge James Knepp, with consent

of the parties, to conduct a change of plea hearing. The Magistrate Judge filed his Report and

Recommendation (R&R) (Doc. No. [15]); no Objection has been filed.

        This Court finds that the requirements of Federal Criminal Rule 11 have been satisfied;

Defendant was properly afforded her rights under the United States Constitution; Defendant was

correctly found to be competent, aware of the charges and consequences of conviction and of the

waiver of rights; and Defendant knowingly, intelligently and voluntarily consented to the Magistrate

Judge and entered a guilty plea for which there was an adequate factual basis.

        After a *de novo* review of the record and R&R, the Magistrate's findings are adopted,

Defendant's guilty plea is accepted, and a finding of guilty is entered.

        IT IS SO ORDERED.

                                            ___ s/ *Jack Zouhary* ____
                                            JACK ZOUHARY
                                            U. S. DISTRICT JUDGE

                                            June 1, 2011